**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6399**

BRANDON MARQUIS JENNINGS, a/k/a Mustafa Beezy Bey,

Plaintiff - Appellant,

v.

WILLIAM DELAHOYDE; R.T. PEREIRA; MICHAEL G. HOWELL; SUSAN GAUDIOSO,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:18-ct-03171-BO)

Submitted: June 13, 2019                    Decided: June 18, 2019

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brandon Marquis Jennings, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Marquis Jennings seeks to appeal the district court's order denying his motion for reconsideration of the dismissal of a civil conspiracy claim against certain defendants in his civil action and a subsequent order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Jennings seeks to appeal are neither a final order nor an appealable interlocutory or collateral order. Finding no basis for appellate jurisdiction, we dismiss the appeal and deny as moot Jennings' motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*